IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-02801-WYD-CBS

CARL BUCK,

    Plaintiff,

v.

CF&I STEEL, L.P.,

    Defendant.

---

FINAL JUDGMENT

---

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order, filed on December 20, 2012, by the Honorable Wiley Y. Daniel, Chief United States District Judge, and incorporated herein by reference as if fully set forth, it is

ORDERED that final judgment is hereby entered in favor of Defendant, CF&I Steel, L.P., and against Plaintiff, Carl Buck, on Defendant's Motion for Summary Judgment.  It is further

ORDERED that Defendant is entitled to summary judgment in its favor as to Plaintiff's hybrid claim under the LMRA alleging breach of the collective bargaining agreement and of the Union's duty of fair representation. Accordingly, this matter is DISMISSED in its entirety.

DATED at Denver, Colorado this 21st day of December, 2012.

                                          FOR THE COURT:
                                          JEFFREY P. COLWELL, CLERK

                                          By: s/ Edward P. Butler
                                          Edward P. Butler, Deputy Clerk